## Petty Offense Minute Sheet—Harrisonburg Division

**Defendant:** Saqib Qadir
**Counsel:** Sandra Drewniak-Nick, Esq.
**Hearing date:** 9/9/25

PRESENT: Judge: Joel C. Hoppe, U. S. Magistrate Judge
Deputy Clerk: K. Lokey
Court Reporter: K. Lokey/ FTR
AUSA: Rachel Swartz
Ranger: Phillips

Time in court: 11:13 - 11:19

☒ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☐ Defendant waives counsel.
☐ Defendant requests appointment of counsel. ☐ FPD or CJA appointed.
☐ Motion for continuance by ☐ Defendant ☐ Government. Court trial continued to _____.
☐ Motion to dismiss by   Defendant  Government – _____.

| CASE NO(S). | Ct. | OFFENSE CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|---|---|
| 5:25po66 | 1 | Speeding 70/45 | GP | Fine: $ 175  SA: $ 10 |
|  |  |  |  | Fine: $ _____ SA: $ _____ |
|  |  |  |  |  |
|  |  |  |  |  |

☐ Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests. Defendant sentenced. (Judgment)
☐ Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on terms and conditions and needs to report back to attorney. (Order TUA)
☐ Defendant sworn, questioned and advised of rights on plea of guilty. Plea taken under advisement. Defendant placed on pretrial release. (Order TUA Probation)
☐ Court trial held. (Judgment/Order Dismissing)

**Payment Schedule**   ☒ Today   ☐ 30 days   ☐ ____ days   ☐ other:

☐ Imprisonment as condition of probation ☐ weekends as directed by BOP ☐ immediate confinement
☒ Defendant advised of rights on appeal
☐ 18 USC 3607

Additional information:
- Represented by Counsel
- Amend to reg. Speeding 54/45 mph.
- Plea agreement entered.
- Gov rely on PC statement
- Pleads guilty
- Fine of $175 & SA $10
- Fine to be paid today